**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

**INSURANCE ALLIANCE, Appellant/Cross-Appellee**

V.

**LAKE TEXOMA HIGHPORT, LLC, Appellee/Cross-Appellant
AND
BOWOOD PARTNERS, LIMITED, Appellee/Cross-Appellee**

**On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 08-0604-397**

## ORDER

We **DENY AS MOOT** Bowood Partners, Limited's November 14, 2013 motion to strike

a portion of the reply brief of Insurance Alliance. We also **DENY AS MOOT** Bowood's

December 7, 2013 motion to strike a portion of the reply brief of Lake Texoma Highport.


/s/      ADA BROWN
         JUSTICE